IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LISA MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:15-CV-163-WKW |
| ) | |
| WAL-MART STORES EAST, LP, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On September 10, 2015, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 11.) Upon an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED and that Plaintiff's motion to remand (Doc. # 4) is DENIED.

This action is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 5th day of October, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE